Christopher J. Reichman (SBN 250485)
Justin Prato (SBN 246968)
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-886-0252
chrisr@prato-reichman.com
justinp@prato-reichman.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>CROSSCOUNTRY MORTGAGE, LLC,<br><br>            Defendant. | Case No.:  8:24-cv-01064-JWH-DFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedures 41(a), Plaintiff Paul Sapan, by and through his counsel of record, hereby requests dismissal of this matter **with prejudice** as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims.  Defendant, CROSSCOUNTRY MORTGAGE, LLC by and through its counsel of record, hereby stipulates to Plaintiff's request.  Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

  **IT IS SO STIPULATED.**

DATED: July 10, 2025          PRATO & REICHMAN, APC

By: /s/Justin Prato, Esq.
Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,
PAUL SAPAN and the Proposed Class

DATED: July 10, 2025          BLANK ROME LLP

By: /s/ Harrison Brown
Harrison Brown
Attorneys for Defendant
CROSSCOUNTRY MORTGAGE, LLC

## Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)

I, Justin Prato, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/Justin Prato, Esq.
By: Justin Prato, Esq.